## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| In Re: | |
| --- | --- |
|     Martin J Woolbert | |
|         Debtors(s) | Chapter 13 |
|     Susan Woolbert | |
|         Non-Filing Co-Debtor(s) | Case Number: 20-14254-amc |

## ORDER

AND NOW, upon the *In Rem* Motion for Relief filed by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("WSFS"), and upon response of Debtor and/or after hearing held and consideration of all evidence, arguments of Counsel, it is ORDERED AND DECREED as follows:

1. The automatic bankruptcy stay pursuant to 11 U.S.C. §362 and §1301 shall be immediately modified, on a limited basis, with respect to 520 Deerfield Dr, Norristown, PA 19403 (the "Property"), so that WSFS may take all steps necessary to commence and have issued a Writ of Execution in accordance with Pa. R.C.P. 3103(a) setting a new Sheriff Sale date, and shall be permitted to serve notice thereof in accordance with Pa. R.C.P. 3129.1 and Pa. R. C. P. 3129.3.

2. WSFS, however, shall not be permitted to complete Sale of the Property until such time as they obtain further relief from the Stay under 11 U.S.C. § 362. WSFS must seek an additional Order of this Court to conduct and complete the Sale.

3. With respect to the limited relief granted herein, the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

Dated: January 6, 2021

_____
UNITED STATES BANKRUPTCY JUDGE